# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: REESTABLISHMENT OF THE : NO. 478
MAGISTERIAL DISTRICTS WITHIN THE :
48th JUDICIAL DISTRICT OF THE : MAGISTERIAL RULES DOCKET
COMMONWEALTH OF PENNSYLVANIA :

## ORDER

**PER CURIAM**

AND NOW, this 16th day of May 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 48th Judicial District (McKean County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the elimination of Magisterial District 48-3-03, within McKean County, to be effective, January 1, 2024, is granted; and that the Petition, which provides for the realignment of Magisterial Districts 48-1-01, 48-3-02, and 48-3-04, within McKean County, to be effective January 1, 2024, is granted.

Said Magisterial Districts shall be as follows:

| | |
|---|---|
| Magisterial District 48-1-01<br>Magisterial District Judge Dominic A. Cercone, Jr. | City of Bradford, (Voting Districts 1, 2, 3, 4, 5, 6-1 and 6-2)<br>Bradford Township<br>Foster Township |
| Magisterial District 48-3-02<br>Magisterial District Judge William K. Todd | Annin Township<br>Ceres Township<br>Eldred Borough<br>Eldred Township<br>Keating Township<br>Liberty Township<br>Norwich Township<br>Otto Township<br>Port Allegany Borough<br>Smethport Borough |

Magisterial District 48-3-04
Magisterial District Judge David R. Engman

Corydon Township
Hamilton Township
Hamlin Township
Kane Borough
Lafayette Township
Lewis Run Borough
Mount Jewett Borough
Sergeant Township
Wetmore Township